IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REGINALD WILLIAMS,

       Petitioner,                    JUDGMENT IN A CIVIL CASE

   v.                                    Case No. 11-cv-266-jhl

ROBERT WERLINGER,

       Respondent.

     This action came for consideration before the court with District Judge Joan Humphrey Lefkow presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Reginald Williams for a writ of habeas corpus under 28 U.S.C. § 2241.

| /s/ | 4/28/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |